UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05cr1629-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF |
| v. | ) | CRIMINAL FORFEITURE |
| | ) | |
| JOAQUIN OROZCO-GONZALEZ (11), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, in the Superseding Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, JOAQUIN OROZCO-GONZALEZ (11) ("Defendant"), pursuant to Title 21, United States Code, Section 853(a)(1), and Title 18, United States Code, Section 982 as property obtained directly or indirectly as the result of the commission of the violations charged in the Superseding Indictment; and

WHEREAS, on July 24, 2006, Defendant entered a guilty plea to Counts 1 and 3 of the Superseding Indictment, which plea included an agreement to forfeit **$25,000** to the United States, which the Defendant admitted represented the amount of drug proceeds he received from engaging in the illegal activities comprising Counts 1 and 3; and

WHEREAS, by virtue of the admissions of the Defendant set out in his plea agreement and guilty plea, the Court determined that **$25,000** (U.S. dollars), represented the drug proceeds

///

1  received by Defendant while engaging in conspiracies to import anabolic steroids and to launder
2  money as charged in the Superseding Indictment and to which the Defendant pleaded guilty; and
3    WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now
4  entitled to a personal money judgment against the Defendant in the amount of **$25,000**, pursuant
5  to 21 U.S.C. § 853, 18 U.S.C. § 982 and Rule 32.2(b) of the Federal Rules of Criminal Procedure;
6  and
7    WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent
8  that the forfeiture consists of a money judgment;" and
9    WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has
10 established the requisite nexus between the money judgment constituting the forfeiture in this case
11 and the offenses of conviction; and
12   WHEREAS, the United States, having submitted the Order herein to the Defendant through
13 his attorney of record on November 3, 2006, to review, and no objections having been received;
14   Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant
15 JOAQUIN OROZCO-GONZALEZ (11) shall forfeit to the United States the sum of **$25,000**
16 pursuant to Title 21, United States Code, Section 853(a)(1) and Title 18, United States Code,
17 Section 982 and said $25,000 shall constitute a personal judgment against the Defendant in favor
18 of the United States of America until paid in full; and
19   IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction
20 in the case for the purpose of enforcing this Order and the resulting judgment against Defendant
21 JOAQUIN OROZCO-GONZALEZ (11); and
22   IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture is
23 final as to the Defendant as of the time of sentencing and is part of the sentence and included in
24 the judgment; and
25   IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to
26 Rule 32.2(e) to amend this Order of Forfeiture to substitute property to satisfy the money judgment
27 in whole or in part, up to the full amount of the **$25,000** judgment; and
28 ///

1     IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Timothy D. Coughlin.

**IT IS SO ORDERED.**

DATED: November 7, 2006

                                            *M. James Lorenz* (signature)
M. James Lorenz
United States District Court Judge

Order of Criminal Forfeiture
U.S. v. Joaquin Orozco-Gonzalez (11)
Case No. 05cr1629-L